IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOODMAN MANAGEMENT LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-243 |
| | : | |
| ZURICH AMERICAN INSURANCE COMPANY | : : | |

# **ORDER**

AND NOW, this 3rd day of March, 2023, upon consideration of Defendant Zurich American Insurance Company's Motion for Judgment on the Pleadings (ECF No. 37), and Defendant Goodman Management LLC's response in opposition thereto, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED with prejudice.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.